**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In the matter of:** | **Case No.:** 04-33564-dof |
| William Natzke and Elizabeth Natzke | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Charter One Finance | 2 | 8 | Unsecured | 718792 | $82.75 |

Dated: September 14, 2010

                                                                                         /s/Carl L. Bekofske  
                                                                   Carl L. Bekofske,  
                                                                   Standing Chapter 13 Trustee  
                                                                   400 N. Saginaw St., Ste 331  
                                                                  Flint, MI 48502  
                                                                  Telephone: (810) 238-4675  
                                                                  Fax: (810) 238-4712  
                                                                  Email: ECF@flint13.com  
                                                                  P10645